UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                              :
225 Nickelson Street                     :
Washington, D.C. 20011                   :
                                         :
        Plaintiff                        :
                                         :  Case No. 1:05CV01079
v.                                       :  Judge Ellen Segal Huvelle (EH)
                                         :
GEICO INSURANCE COMPANY                  :
SERVE: Registered Agent                  :
John Dahut                               :
962 Wayne Avenue, Suite 200              :
Silver Spring, Maryland 20910            :
                                         :
and                                      :
                                         :
ABDULAZIZ MOHD YAACOB                    :
SERVE: GEICO Insurance Company           :
John Dahut                               :
962 Wayne Avenue #200                    :
Silver Spring, Maryland 20910            :
                                         :
and                                      :
                                         :
JOHN DOE, (PERMISSIVE DRIVER)            :
SERVE: Registered Agent                  :
John Dahut                               :
962 Wayne Avenue, Suite 200              :
Silver Spring, Maryland 20910            :
                                         :
and                                      :
                                         :
LIBERTY MUTUAL INSURANCE CO.             :
(Uninsured Carrier)                      :
SERVE: Registered Agent                  :
C.T. Corporation System                  :
1015 15th Street, N.W., Suite 1000       :
Washington, D.C. 20005                   :
                                         :
        Defendants                       :
_____

## ANSWER OF DEFENDANT GEICO INSURANCE COMPANY
## TO PLAINTIFF'S COMPLAINT

COMES NOW the Defendant herein GEICO INSURANCE COMPANY, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and answers the Complaint as follows:

1. This defendant admits the jurisdiction of the Court and admits the allegations contained in Paragraphs 1 through 4 of the Complaint.

2. This defendant denies the allegations contained in Paragraphs 5 and 6 of the Complaint.

3. This defendant admits the allegations contained in Paragraph 11.

4. This defendant denies the allegations contained in Paragraph 12.

5. This defendant admits the allegations contained in Paragraphs 13, 14 and 15.

6. This defendant denies the allegations contained in Paragraphs 16, 17, 18, 19 and 20.

7. This defendant admits the allegations contained in Paragraphs 21, 22, and 23.

8. This defendant denies all allegations contained in Paragraphs 24, through 33.

9. This defendant admits the allegations contained in Paragraphs 34 and 35 of the Complaint.

10. This defendant denies liability as alleged, denies that the vehicle involved

in the collision on July 2, 2002 was operated by a person with the permission or consent of the owner and avers that the defendant was stolen and being operated without permission or consent at the time of the accident.

11.  This defendant is without sufficient information so as to form a belief a to the injuries and damages allegedly sustained by plaintiff however in the alternative denies all such injury and damage.

12.  All allegations not specifically admitted herein are hereby denied.

13.  Plaintiff's Complaint fails to state a claim upon which relief can be granted and should be dismissed.

> Respectfully submitted,
>
> MARTELL, DONNELLY, GRIMALDI & GALLAGHER
>
> /s/  David F. Grimaldi
> David F. Grimaldi         #005306
> 1900 L Street, N. W., Suite 401
> Washington, D. C. 20036
> (202) 293-0830
> Counsel for defendant GEICO Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of Defendant GEICO Insurance Company to Plaintiff's Complaint was e-filed this  14th     day of June, 2005.

> /s/  David F. Grimaldi
> David F. Grimaldi