UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHETT LUCAS, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>GEICO INSURANCE CO., *et al.*, )<br>)<br>DEFENDANTS. )<br>_____) | CASE NUMBER 1:05CV01079 *ESH* |

## ATTORNEY'S DECLARATION OF SERVICE OF PROCESS ON GEICO INS. CO.

I, Curtis C. Osborne, attorney for Plaintiff, hereby declare and affirm under penalties of perjury that on June 3, 2005, I caused to be mailed by certified mail, return receipt requested, a Summons and Complaint, in the above-captioned case, to the Registered Agent for Geico Insurance Company, John Dahut, 962 Wayne Ave., Suite 200, Silver Spring Maryland 20910. An adult employee/agent of the Registered Agent, T. Simmons, signed and accepted service on June 6, 2005. The original return receipt is attached hereto and incorporated by reference herein.

Curtis C. Osborne, DC Bar# 467241
Law Offices of Curtis C. Osborne, P.C.
310 Arlington Ave., Suite 218
Charlotte, NC 28203
704/376-8012
704/376-4463
Attorney for Plaintiff

**SENDER: COMPLETE**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): T. Simmons
C. Date of Delivery: 6/6/05

1. Article Addressed to:

Geico Insurance Company
Serve: Registered Agent: John Dahut
962 Wayne Avenue, Suite 200
Silver Spring, Maryland 20910

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0003 7857 9324

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on this 15th day of June, 2005, a copy of the foregoing was mailed via ordinary first class mail, postage prepaid to:

Geico Insurance Company
Registered Agent: John Dahut
962 Wayne Avenue, Suite 200
Silver Spring, Maryland 20910

_[signature]_
Curtis C. Osborne

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RHETT LUCAS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CASE NUMBER 1:05CV01079 *CSH* |
| vs. ) | |
| ) | |
| GEICO INSURANCE CO., *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

## ATTORNEY'S DECLARATION OF SERVICE OF PROCESS ON LIBERTY MUTUAL INSURANCE COMPANY

I, Curtis C. Osborne, attorney for Plaintiff, hereby declare and affirm under penalties of perjury that on June 3, 2005, I caused to be mailed by certified mail, return receipt requested, a Summons and Complaint, in the above-captioned case, to the Registered Agent for Liberty Mutual Insurance Company, C.T. Corporation System, 1015 15th Street, NW, Suite 1000, Washington, DC. An adult employee/agent of the Registered Agent, John Carpenter, signed and accepted service on June 7, 2005. The original return receipt is attached hereto and incorporated by reference herein.

Curtis C. Osborne, DC Bar# 467241
Law Offices of Curtis C. Osborne, P.C.
310 Arlington Ave., Suite 218
Charlotte, NC 28203
704/376-8012
704/376-4463
Attorney for Plaintiff

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_John Carpenter_   6/7/05 |
| 1. Article Addressed to:<br>Liberty Mutual Insurance Company<br>Registered Agent: C.T. Corporation System<br>1015 15th Street, NW Suite 1000<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0003 7857 9317 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY That on this 15th day of June, 2005, a copy of the foregoing was mailed via ordinary first class mail, postage prepaid to:

Liberty Mutual Insurance Company
Registered Agent: C.T. Corporation System
1015 15th Street, NW Suite 1000
Washington, DC 20005

_[signature]_
Curtis C. Osborne