**UNITED STATES DISTRICT COURT**
**FOR THE US DISTRICT COURT DISTRICT COURT OF COLUMBIA**

| | | |
|---|---|---|
| RHEET R. LUCAS | * | |
| Plaintiff, | * | |
| v. | * | Case No.:  1:05CV01079 |
| | | Judge:  Hon. Ellen Segal Huvelle |
| LIBERTY MUTUAL INSURANCE COMPANY, et al. | * | |
| | * | |
| Defendants. | | |

**ANSWER**

COMES NOW, Liberty Mutual Insurance Company,  by and through Counsel, and in response to the Plaintiff's Motion for Judgment, respectfully states as follows:

JURISDICTION AND VENUE

1.     The allegations contained in Paragraph 1 of the Motion for Judgment are conclusions of law of the Plaintiff and his counsel and therefore require no answer.  If an answer is required, the allegations are denied.

2.     The allegations contained in Paragraph 2 of the Motion for Judgment are conclusions of law of the Plaintiff and his counsel and therefore require no answer.  If an answer is required, the allegations are denied.

3.     The allegations contained in Paragraph 3 of the Motion for Judgment are conclusions of law of the Plaintiff and his counsel and therefore require no answer.  If an answer is required, the allegations are denied.

PARTIES

4.     The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4 and therefore demands strict proof thereof.

5.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 5 and therefore demands strict proof thereof.

6.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 6 and therefore demands strict proof thereof.

7.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 7 and therefore demands strict proof thereof.

8.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 8 and therefore demands strict proof thereof.

9.    The Defendant admits the allegations contained in Paragraph 9.

10.    The Defendant admits the allegations contained in Paragraph 10.


## FACTUAL BACKGROUND

11.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 11 and therefore demands strict proof thereof.

12.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 12 and therefore demands strict proof thereof.

13.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 13 and therefore demands strict proof thereof.

14.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 14 and therefore demands strict proof thereof.

15.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 15 and therefore demands strict proof thereof.

16.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 16 and therefore demands strict proof thereof.

17.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 17 and therefore demands strict proof thereof.

18.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 18 and therefore demands strict proof thereof.

19.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 19 and therefore demands strict proof thereof.

20.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 20 and therefore demands strict proof thereof.

21.    The Defendant admits the allegations contained in Paragraph 21.

22.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 22 and therefore demands strict proof thereof.

23.    The Defendant admits the allegations contained in Paragraph 23.


## CLAIM

24.    Defendant Liberty reinstates and realleges each and every answer set forth above as if fully set forth herein.

25.    The allegations contained in Paragraph 25 of the Motion for Judgment are conclusions of law of the Plaintiff and his counsel and therefore require no answer.  If an answer is required, the allegations are denied.

26.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 26 and therefore demands strict proof thereof.

27.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 27 and therefore demands strict proof thereof.

28.    The allegations contained in Paragraph 28 of the Motion for Judgment are conclusions of law of the Plaintiff and his counsel and therefore require no answer.  If an answer is required, the allegations are denied.

29.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 29 and therefore demands strict proof thereof.

30.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 30 and therefore demands strict proof thereof.

31.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 31 and therefore demands strict proof thereof.

32.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 32 and therefore demands strict proof thereof.

33.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 33 and therefore demands strict proof thereof.

34.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 34 and therefore demands strict proof thereof.

35.    The Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 35 and therefore demands strict proof thereof.

ANY allegations not specifically admitted are hereby denied.


## AFFIRMATIVE DEFENSES

The Defendant may rely upon the Plaintiff's Sole and/or Contributory Negligence, Failure to Mitigate Damages, Assumption of Risk, Statute of Limitations and all other affirmative defenses that may arise during the course of discovery in this matter.

WHEREFORE, having fully answered the Defendant prays that this cause of action be dismissed as against it and its costs on its behalf expended.


Respectfully submitted,

LIBERTY MUTUAL INSURANCE COMPANY
By Counsel

THE LAW OFFICE OF CHRISTOPHER R. COSTABILE


_____

Thomas E. Dempsey, Esquire
DC Bar # 478712
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant Liberty Mutual


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via first class mail, postage prepaid, on this _____ day of _____, 2005, to:

Curtis C. Osborne, Esquire
310 Arlington Avenue
Suite 218
Charlotte, NC 28203
Counsel for Plaintiff

Geico Insurance Company
c/o John Dahut, Registered Agent
962 Wayne Avenue, Suite 200
Silver Spring, MD 20910
Defendant

Abdulaziz Mohd Yaacob
c/o John Dahut, Registered Agent
962 Wayne Avenue, Suite 200
Silver Spring, MD 20910
Defendant

John Doe
c/o John Dahut, Registered Agent
962 Wayne Avenue, Suite 200
Silver Spring, MD 20910
Defendant


_____
Thomas E. Dempsey

Case 1:05-cv-01079-JMF    Document 5    Filed 06/27/2005    Page 6 of 6