UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RHETT LUCAS | : | |
|     Plaintiff | : | |
| | : | Case No. 1:05CV01079 |
| v. | : | Judge Ellen Segal Huvelle (ESH) |
| | : | |
| GEICO INSURANCE COMPANY, et al. | : | |
| | : | |
|     Defendants | : | |

## LOCAL RULE 16.3 JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3, and the Court's June 15, 2005 Order, Plaintiff Rhett Lucas and defendant GEICO Insurance Company, the parties before the Court, by and through their respective counsel for record, respectfully submit the following Joint Status Report:

1.  GEICO believes this case may be disposed of by dispositive motion at the appropriate time at the appropriate time; collateral litigation, involving the same issues, *Dawn Wilson-Freeman v. GEICO Insurance Company* (DCDC Civil Action 03-0072) was the subject of a Bench Trial on May 2, 2005 before Magistrate Judge Deborah Robinson, pending decision.

2.  GEICO believe additional parties should be joined within 30 days.

3.  GEICO believes the case should be referred to Magistrate Judge Deborah Robinson for all purposes.

4. GEICO believe that there is a realistic possibility of settling the case.

5. GEICO is willing to have the matter referred to Alternative Dispute Resolution after discovery.

6. Unknown.

7. GEICO believes initial disclosures can be waived.

8. GEICO submits Witness Lists should be exchanged within 30 days of the Initial Status Conference with written discovery served within 90 days of the Initial Status Conference and all discovery concluded within 120 days.

9. GEICO requests that Proponent's Federal Rule of Civil Procedure 26(a)(2) Statement should be served within 90 days of the Initial Scheduling Conference.

10. This is not a class action.

11. The parties do not believe that Trial or discovery should be bifurcated or managed in phases.

12. The parties agree that the Court should set a firm Trial at the Initial Scheduling Conference.

Dated: June 24, 2005

Respectfully submitted,

LAW OFFICES OF CURTIS C. OSBORNE, P.C.

/s/ Curtis C. Osborne
310 Arlington Avenue, Suite 218
Charlotte, North Carolina 28203
(704) 376-8012
Counsel for plaintiff Rhett Lucas


MARTELL, DONNELLY, GRIMALDI & GALLAGHER

/s/ David F. Grimaldi
David F. Grimaldi        #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company


_____


Counsel for Liberty Mutual Insurance Company


CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Local Rule 16.3 Joint Status Report. was e-filed this  28th    day of June, 2005.


/s/ Curtis C. Osborne
Curtis C. Osborne