UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                         :
                                    :
        Plaintiff                   :
                                    :   Case No. 1:05CV01079
v.                                  :   Judge Ellen Segal Huvelle (ESH)
                                    :
GEICO INSURANCE COMPANY, et al.     :
                                    :
        Defendants                  :

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.3, and the Court's June 15, 2005 Order, it is hereby ORDERED that:

1. Witness List shall be exchanged by August 8, 2005.

2. All written discovery shall be served by September 8, 2005.

3. Any additional parties shall be joined by September 8, 2005.

4. Proponents' Fed. R. Civ. P. 26(a)(2) statements shall be served by September 8, 2005.

5. Opponents' Fed. R. Civ. P. 26(a)(2) statements shall be served by October 8, 2005.

6. All discovery shall be concluded by November 7, 2005.

7. Motions for Summary Judgment, if any, shall be filed by December 8, 2005.

8. If referred for alternative dispute resolution, this case shall be mediated through the Court's non-binding Mediation Program or with a Magistrate Judge.

9. The presumptive limit on the number of depositions shall be waived, but interrogatories, document requests, requests for admission, and the duration of depositions shall be governed by the Federal and Local Rules.

_____                    _____
Date                                                              The Honorable Ellen Segal Huvelle
                                                                          United States District Judge

Copies:

David F. Grimaldi, Esquire
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, N.W., Suite 401
Washington, D.C. 20036

Curtis C. Osborne, Esquire
Law Offices of Curtis C. Osborne, P.C.
310 Arlington Avenue, Suite 218
Charlotte, North Carolina 28203

Thomas E. Dempsey, Esquire
The Law Office of Christopher R. Costabile
10555 Main Street, Suite 400
Fairfax, Virginia 22030