UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                :
                               :
        Plaintiff         :
                               :    Civil Action No. 05-1079 (JMF)
v.                      :
                               :         ECF
GEICO INSURANCE COMPANY, et al.  :
                               :
        Defendants     :
_____

## **DEFENDANT GEICO'S INTERROGATORIES TO PLAINTIFF**

To:    Mr. Rhett Lucas
       c/o Curtis C. Osborne, Esquire
       Law Offices of Curtis C. Osborne, P.C.
       310 Arlington Avenue, Suite 218
       Charlotte, North Carolina 28203

       Please take notice that these interrogatories must be answered fully under oath, in writing, and your answers must be filed and served upon counsel within thirty (30) days of receipt of the interrogatories.

       You are requested to answer the following interrogatories:

       (a)    Where the name or identity of person is requested, please state full name, home address and also business address, if known.

       (b)    Unless otherwise indicated, these interrogatories refer to the time, place and circumstances of the occurrence mentioned or complained of in the pleadings.

       (c)    Where knowledge or information in possession of a party is requested, such request includes knowledge of the party's agents, representatives and, unless privileged, his attorneys.

       (d)    These interrogatories are continuing in nature so as to require you to file supplementary answers if you obtain further or different information before trial.

1.    State your full name, date of birth, present address, and the name and address of your present employer.

2.    Give the names and addresses of all persons known to you or to your attorney who were eyewitnesses to the accident complained of and state the location of each eyewitness at the time the accident occurred so far as is known to you or your attorney.

3.    State the names and addresses of all persons known to you or to your attorney who have knowledge of relevant facts pertaining to the cause or circumstances of the accident and their family relationship to you, if any.

4.    Do you or any of your agents have photographs of the accident scene or any other photographs relevant to this case?  If so, state the date each photograph was taken, the name and address of the photographer and the identity of the subject or object shown in each photograph.

5.    On the date of the accident complained of, state:

(a)    The time and place you entered the vehicle and commenced the trip which ultimately was ended by the accident.

(b)  The address of your destination and the purpose of this trip.

(c)  State the time you were scheduled to arrive at your destination.

6.    State whether at any time prior to the impact you saw the vehicle with which you were ultimately in collision and if so, state:

(a)  The direction of travel and upon which street it was proceeding.

(b)  Where it was at your moment of first observation of it with relation to your automobile.

7.    Describe in detail what effort, if any, was made by you to avoid the accident.

8.    State the general condition of the traffic with regard to volume at the time and place of this accident.

9.    Was your vision obstructed for any reason, and if so, state the nature thereof.

10.    State the distance, if any, that each vehicle travelled from the point of impact to the point it came to stop thereafter.

11.    State whether or not you applied your brakes at any time prior to the impact.

12.    State in detail the substance of any conversation that you had with the operator of the other vehicle at any time following the happening of this accident, indicating who was present at the time the conversation took place.

13.    If you, your agents or attorneys obtained any oral or written statements from anyone who claimed to have witnessed the accident or who appeared on the scene thereafter or from any party to this action, state:

(a)  The name and address of all persons from whom written statements were obtained, indicating the date that the statement was obtained and the name and address of the party obtaining the statement.

(b)   The name and addresses of all persons from whom oral statements were obtained, indicating the date that the statements were obtained and the name and address of the party obtaining the statements.

14.    Set forth in detail all the alleged acts or omissions which form the basis of your claim, stating the factual events in the order in which they took place.

15.    State whether you had anything to drink by way of alcoholic beverages or ingested any prescription or non-prescription drugs or narcotics within the 24 hours preceding this accident and, if so, the nature and quantity thereof and the time consumed or ingested.

16.    State whether you or any other relative who usually makes his or her home within your same family unit even though he may temporarily reside elsewhere maintains a policy of motor vehicle insurance.  If so, state the name of the carrier, the policy number and whether personal injury protection benefits are contained therein.

17.    If any claim has been made for any personal injury protection benefits, please list each item that has been paid for medical treatment or lost wages, the date paid and the name of the insurance carrier providing said payment, along with its claim number.

18.    State whether your motor vehicle was damaged as a result of the collision and describe in detail the said damages to the vehicle, naming the parts of the vehicle that were damaged; please submit all estimates and bill of repair and state where the vehicle was repaired.

19.    Had this automobile ever previously been damaged in any way?  If your answer is in the affirmative, describe in detail such damages, giving time, place and nature of damage, and cost of repairs thereof.

20.    State precisely and in detail all the injuries claimed by you to have been sustained in the accident complained of, and indicate which injuries if any, are claimed to be permanent.

21.    Give the time and date, as closely as you are able to do so, of the onset of the pain or other symptoms of such injury; and, if you have ceased to receive treatment by a medical practitioner, give the date of the last treatment for each injury.

22.    If you presently have any physical complaints on account of the injuries received in the accident, state in detail the nature and extent of the present complaint.

23.    (a)    State the names and addresses of all doctors who were consulted or who examined or treated you concerning the injuries you alleged were received in this accident giving the date of each examination, consultation or treatment.

(b)    Give the name of the author and date of each written report which has been submitted to you or your attorney by all doctors and institutions.  Please attach copies of all said reports or records and bills.

24.    If you were examined or treated at any hospital by reason of the alleged accident, state the nature of the examination or treatment, the names and addresses of the hospitals and the inclusive dates or hours of stay in each hospital.

25.     Were you confined to bed or restricted other than at a hospital as a result of the alleged accident?  Were you confined in your home as a result of the alleged accident?  If your answer is "yes" to either question, give dates.

26.     If you claim a previous injury, disease or condition was aggravated, accelerated or activated by the accident in question, specify in detail its nature and the extent to which it has been aggravated, accelerated or activated.

27.     Have you ever, either before or after the accident complained of in this suit, submitted to one or more x-ray examinations of the parts of the body allegedly injured in the accident complained herein?  If so, give the dates thereof, the names and addresses of the persons who made the x-ray examinations and state what injuries or conditions, if any, were revealed.

28.     If you claim a previous injury or condition has been aggravated, activated or accelerated, state the name and present address of each doctor who rendered treatment for said injury or condition prior to the happening of the accident in question.

29.     If you have ever in your lifetime been hospitalized other than on account of this accident state the dates of hospitalization, the names and addresses of all hospitals, nature of the injury, disease or condition, and the names and addresses of all doctors who attended you.

30.     If you received any injury in any accident or occurrence at any time either previous or subsequent to the date of the accident complained of in this case, state the details including date and place of occurrence, nature of the injury sustained, names

and addresses of the parties involved and names and addresses of your then attending physician.

31.    Have you ever made claim against anyone for damages because of previously or subsequently incurred injuries?  If your answer is "yes", then state the names and addresses of the persons and/or companies with whom you or your representative dealt; if suit was filed, give the case number and place of the court in which the accident was brought.

32.    If employed at the time of the accident in this case, state the name and address of your employer, the nature of your duties including the physical activities therein entailed; days worked per week, the amount of wages before deductions per week, and your social security number.

33.    If your place of employment or rates of pay have changed since the date of the accident, state the names and addresses of all employers for whom you have worked since the date of the accident, and give the various rates of pay and the dates when any changes occurred.

34.    If you claim to have lost time or income from employment as a result of the injuries sustained in this accident state precisely the dates and hours, if part of the day, of your absence from employment; an itemized statement of the amount of wages lost on account thereof, and the names and addresses of the employers from whom said wages or income would have been received.

35.    If you claim to have lost time or income from self-employment as a result of the injuries sustained in this accident, state precisely the dates and hours of absence

from employment, the amount of income lost on account thereof and the names and addresses of all persons who have knowledge or records of the dates and hours of absence from work and the amount of income lost.

36.    Have you sustained any loss of time or benefits not of a monetary nature from any endeavor, pursuit or occupation not covered in the previous questions, or have you been hindered in any way from performing them by reason of the injuries you claim to have sustained in this accident?  If so, please state in detail what losses you have sustained.

37.    Did you file income tax returns with the Director of Internal Revenue for any of the last three years. If so, state for what years filed and the Office of the Director of Internal Revenue with whom each return was filed and the amount reported in each income tax as net income.

38.    Give an itemized statement including the name and address of each payee and the amount paid each payee and the balance due each payee on all items of monetary loss or damage incurred to date as a result of the accident complained of, including hospitals, doctors, nurses, x-rays, medicines, care, appliances, transportation, property damage and all other expenses but excluding loss of earnings stated above.

39.    With respect to any person whom you and your attorney expect to call as an expert at the trial of this case, please state:

(a)    The name, address and specialty of each expert witness;

(b)    The substance of the facts and opinions to which the expert is to testify;

(c)    The summary of the grounds for each opinion of each expert witness.

40.    State the name, address, job title, job description, employer, experience and qualifications of each person who has been consulted by you or on your behalf as an expert who is not expected to be called as an expert witness on your behalf at trial.

41. State whether or not you received any form of workers' compensation benefits pursuant to any State or Federal Compensation statute, including the Longshoremen's and Harbor Workers' Compensation Act or the Federal Employers' Liability Act.

42.    If the answer to the preceding question was "yes", state the Act under which you have received compensation benefits, the case reference number, and the date of any and all Orders of Compensation for medical and/or indemnity payments.

43.    State specifically and factually the basis of the claim that the vehicle involved in this intersection collision accident with plaintiff was being operated by the defendant Yaacob or an individual having permission or consent to operate the vehicle.

MARTELL, DONNELLY, GRIMALDI & GALLAGHER


/s/ David F. Grimaldi
David F. Grimaldi       #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company




CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant GEICO's Interrogatories to Plaintiff was electronically filed this 3rd day of August, 2005.

/s/ David F. Grimaldi
David F. Grimaldi