**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RHETT LUCAS, <br><br>     Plaintiff, <br><br>     v. <br><br> GEICO INSURANCE CO. *et al.,* <br><br>     Defendants. | Civil Action No. 05-1079 (JMF) |

**SCHEDULING ORDER**

This matter having come before the Court for an initial status conference and having

considered the requests of the parties, this Court[1] issues the following scheduling order. It is

hereby,

**ORDERED** that the parties shall comply will the following directives:

1) Each party is limited to a maximum of 5 depositions and 25 interrogatories.

2) Any dispositive motions or cross-motions are to be filed by April 17, 2006, oppositions

to said motions or cross-motions are to be filed by May 16, 2006, and any replies are to be filed

by May 23, 2006.

3) Plaintiff is to make the disclosures required by Fed R. Civ. P. 26(a)(2) as to any expert

who plans on testifying no later than November 6, 2005. Defendant shall provide the identity of

---

[1] The parties have consented to a referral of this case to a Magistrate Judge for all
purposes including trial.

any expert witness and all such disclosures required by the same rule no later than December 6, 2005.  Plaintiff shall provide the identity of any rebuttal expert witness and all such disclosures required by the same rule no later than January 6, 2006.

4) Initial disclosures required by Fed R. Civ. P. 26(a)(1) shall be made within 30 days of the date of this Order.

5) All discovery shall be completed by March 17, 2006.

6) A status conference is not set at this time.

7) A pretrial conference in this matter will be set for June 27, 2006 at 10:00 a.m.  Three weeks in advance of the Pretrial Conference, counsel are required to meet and prepare a Joint Pretrial Statement, in accordance with Local Rule 16.4 and the Pretrial Procedures Order which the parties shall receive prior to the Pretrial conference.  This Order will give explicit direction on preparation of the Joint Pretrial Statement, which is required to be delivered to chambers not less than eleven (11) days prior to the conference.

8) The trial will be set for July 17, 2006 with an estimated length of 3 days.

The parties should be aware that all pleadings should contain my initials on the right hand portion of the caption. Additionally, any motions that do not comply with Local Rule 7.1(c) or (m) shall be immediately stricken.  Finally, counsel shall confer in good faith in an effort to resolve any discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a brief telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without following the procedures set forth in this paragraph.  If the Court is called upon to resolve a discovery dispute and the Court determines that good faith efforts could have resulted in a resolution of the matter

without Court intervention, the Court may consider sanctions pursuant to Fed. R. Civ. P. 37.

Dates in this Order are firm and may only be altered by the Court under compelling

circumstances.

**SO ORDERED.**


_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: