UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| RHETT LUCAS | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:05CV01079<br>Judge Ellen Segal Huvelle |
| GEICO INSURANCE COMPANY, et al. | * | |
| Defendants. | * | |

## DEFENDANT'S 26(a)(1) DISCLOSURES

The Defendant, LIBERY MUTUAL INSURANCE CO., by and through Counsel, hereby submits its 26(a)(1) Disclosure as follows:

**A.  Name, address and telephone number of witnesses.**

1. Rhett Lucas, Plaintiff;
2. Abdulaziz Mohd Yaacob, defendant;
3. John Doe;
4. MPD Officer Coligan;
5. MPD Officer Stancil;
5. All witnesses listed by the plaintiff and the other defendants

**B.  Copy of documents in defendants' possessions.**

Defense counsel does not have a complete file on this still may supplement this response.

**C.  Computation of damages.**

not applicable

**D.  Insurance agreement.**

Policy number: A02-231-972045-002  Eff.: 5/21/2002-5/21/2003

UM– Coverage Limits: $100,000.00

                      Respectfully submitted,

                      RHETT LUCAS
                      By Counsel

LAW OFFICES OF CHRISTOPHER R. COSTABILE


/s/ Thomas E. Dempsey
Thomas E. Dempsey, Esquire
Virginia Bar No. 37570
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Liberty Mutual Insurance Co. was e-filed this 7th day of October, 2005:

                                                /s/ Thomas E. Dempsey
                                                Thomas E. Dempsey