UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS  :
:
    Plaintiff  :
:
:  Case No. 1:05CV01079
v.  :  Judge Ellen Segal Huvelle (ESH)
:
GEICO INSURANCE COMPANY, et al.  :
:
    Defendants  :

### **DEFENDANT GEICO'S RULE26(a)(1) DISCLOSURES**

The defendant GEICO INSURANCE COMPANY, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, hereby submits its 26(a)(1) Disclosure as follows:

**A.**   **Name, address and telephone number of witnesses**:

1. Those persons named on the Witness Lists of plaintiff and co-defendant;

2. Abdulaziz Mohd Yaacob, if available;

3. Kamel Mohamed, if available;

4. Annette Bennett, GEICO;

5. Norman Patterson, State Farm;

6. Darryl Green, State Farm;

7. Officer Wayne Stancil; Metropolitan Police Department;

        8.        Officer Michael Coligan, Metropolitan Police Department;

**B.**    **Copy of documents in defendants' possessions.**

        1.        GEICO's general insurance policy for Mr. Yaacob;

        2.        State Farm's claim file material for insured Dawn Wilson-Freeman, Claim No. 20-5533-876;

        3.        PD10 report, MPD, Complaint No. 098-192;

        4.        PD10 Report, MPD, Complaint No. 098-212;

        5.        Recorded statement of Kamel Mohamed;

        6.        Recorded statement of Abdulaziz Yaacob;

        7.        The World Bank's file material – Certificate of Title;

        8.        GEICO's claim file.

**C.**    **Computation of damages.**

Not applicable.

**D.**    **Insurance agreement.**

GEICO, Policy No. 489-90-75-0 effective dates May 18, 2002 through November 18, 2002.

        Respectfully submitted,

        MARTELL, DONNELLY, GRIMALDI & GALLAGHER

        /s/ David F. Grimaldi
        David F. Grimaldi    #005306
        1900 L Street, N. W., Suite 401
        Washington, D. C. 20036
        (202) 293-0830
        Counsel for defendant GEICO Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant GEICO's Rule 26(a)(1) Disclosures was e-filed this  11th   day of October, 2005.

/s/  David F. Grimaldi
David F. Grimaldi