UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RHETT LUCAS**, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>**GEICO INSURANCE CO.**, *et al.,* )<br>)<br>DEFENDANTS. )<br>_____) | Case No.: 1:05-CV-01079 (JMF)<br>Magistrate Judge John M. Facciola<br>Next Event:   Plaintiff's Rule 26(a)(2) Disclosures<br>                       10/06/05 |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT**

Comes now Plaintiff, by and through counsel, and moves for an extension of time to file his Rule 26(a)(2) Expert Disclosure.  Defendants Geico and Liberty Mutual consent to Plaintiff's motion on the condition that all related deadlines are extended accordingly.  Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities in Support of this motion.

This the 2nd day of November, 2005.

Respectfully Submitted,

_____/s/_____
Curtis C. Osborne, DC Bar # 467241
Law Offices of Curtis C. Osborne, P.C.
310 Arlington Ave., Suite 218
Charlotte, NC 28203
704/376-8012
704/376-4463 (fax)
Attorney for Plaintiff