UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RHETT LUCAS,** | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No.: 1:05-CV-01079 (JMF) |
| | ) | Magistrate Judge John M. Facciola |
| vs. | ) | Next Event: Plaintiff's Rule 26(a)(2) Disclosures |
| | ) | 10/06/05 |
| **GEICO INSURANCE CO.,** *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO DISCLOSE EXPERT**

Plaintiff, by and through undersigned counsel, hereby submits the following memorandum in support of Plaintiff's Consent Motion for Extension of Time to Disclose Expert.

1. Pursuant to the Scheduling Order in this case, Plaintiff's Fed.R.Civ.P. 26(a)(2) expert disclosures deadline is November 6, 2005.

2. Plaintiff has not obtained the necessary report from a treating physician who may likely testify as an expert in this case, and Plaintiff does not anticipate receiving the report prior to the November 6, 2005 deadline.

3. Plaintiff requests a one month extension of Plaintiff's expert disclosure deadline to December 6, 2005.

4. Defendants consent to Plaintiff's motion on the condition that other related deadlines are extended accordingly.

5. Plaintiff suggests the extension of related matters as follows:

    Defendants' deadline to disclose expert witnesses - January 6, 2006;

    Plaintiff's deadline to disclose rebuttal expert witnesses - February 6, 2006;

    Completion of all discovery - April 17, 2006;

    Dispositive motions or cross-motions deadline - May 17, 2006;

    Oppositions to dispositive or cross-motions deadline - June 17, 2006;

    Replies to Oppositions deadline - June 24, 2006;

    Pretrial Conference - July 25, 2006;

    Trial - August 14, 2006.

6. Plaintiff makes this motion for an extension of time prior to the deadline and as soon as he became aware of its necessity.

7. Plaintiff requests additional time for cause shown, as stated in this motion, not to delay these proceedings. *See* Fed.R.Civ.P. 6(b).

                                                                 Respectfully Submitted,

                                                      _____/s/_____
                                                      Curtis C. Osborne, DC Bar # 467241
                                                      Law Offices of Curtis C. Osborne, P.C.
                                                      310 Arlington Ave., Suite 218
                                                      Charlotte, NC 28203
                                                      704/376-8012
                                                      704/376-4463 (fax)
                                                      Attorney for Plaintiff