UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RHETT LUCAS**,         ) | |
|                          ) | |
|     PLAINTIFF,   ) | Case No.: 1:05-CV-01079 (JMF) |
|                          ) | Magistrate Judge John M. Facciola |
| vs.                      ) | Next Event: Plaintiff's Rule 26(a)(2) Disclosures |
|                          ) |            10/06/05 |
| **GEICO INSURANCE CO.**, *et al.*,   ) | |
|                          ) | |
|     DEFENDANTS.  ) | |
| _____) | |

## ORDER

This matter was considered by the undersigned U.S. Magistrate Judge upon Plaintiff's Consent Motion for an Extension of Time to Disclose Expert. It appeared to the Judge upon the reasons stated in Plaintiff's consent motion that the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time to Disclose Expert is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Expert Disclosure Deadline is extended to December 6, 2005; and it is further

**ORDERED** that all subsequent deadlines are extended by one month.

This the \_\_\_\_\_ day of November 2005.

_____
Honorable John M. Facciola
U.S. Magistrate Judge