UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                          :
                                     :
        Plaintiff                    :
                                     :   Case No. 1:05CV01079
v.                                   :   Judge Ellen Segal Huvelle (ESH)
                                     :
GEICO INSURANCE COMPANY, et al.      :
                                     :
        Defendants                   :

## DEFENDANT GEICO'S RULE 26(a)(2)

COMES NOW the defendant GEICO INSURANCE COMPANY, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and submits the following Rule 26(a)(2) Statement:

By correspondence dated December 8, 2005, counsel for plaintiff stated that a Plaintiff's Rule 26(a)(2) Statement would not be filed, experts would not be designated and plaintiff's treating physicians would be relied upon to establish causation as part of plaintiff's claims and plaintiff's damages; if plaintiff's treating physicians are to render opinions, those opinions must be set forth in a Rule 26(a)(2) Statement. Accordingly, this defendant may be required to supplement a Defendant's Rule 26(a)(2) Statement.

The deposition of plaintiff is scheduled for January 23, 2006 as part of ongoing discovery and this defendant requires requested clarification of plaintiff's position.

Respectfully submitted,

MARTELL, DONNELLY, GRIMALDI & GALLAGHER

/s/   David F. Grimaldi
David F. Grimaldi          #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant GEICO's Rule 26(a)(2)  was e-filed this  4th   day of January, 2006.

/s/  David F. Grimaldi
David F. Grimaldi