UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RHETT LUCAS | * |
| Plaintiff, | * |
| | Civil Action No.: 1:05CV01079 |
| v. | *   Judge Ellen Segal Huvelle |
| GEICO INSURANCE COMPANY, et al. | * |
| Defendants. | * |

**DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY'S
26(a)(2) DISCLOSURES**

The Defendant, LIBERY MUTUAL INSURANCE CO., by and through Counsel, hereby submits its 26(a)(2) Statement as follows:

By correspondence dated December 8, 2005, counsel for plaintiff stated that a Plaintiff's Rule 26(a)(2) Statement would not be filed, experts would not be designated and plaintiff's treating physicians would be relied upon to establish causation as part of plaintiff's claims and plaintiff's damages; if plaintiff's treating physicians are to render opinions, those opinions must be set forth in a Rule 26(a)(2) Statement. Accordingly, this defendant reserves the right to supplement its Rule 26(a)(2) Statement accordingly.

In addition, this defendant names Ellen R. Kessler, M.D., MPH, FACP, Occupational Medicine Specialist with Infectious Diseases Physicians, Inc., located at 3289 Woodburn Road, #200, Annandale, VA 22003 as a medical expert. Dr. Kessler will testify either in person or by video deposition on the basis of her training, education and experience in the field of infectious disease and occupational therapy and the doctor's review of pre and post incident medical records. Dr. Kessler has prepared a report based upon a medical records review conducted on June 9, 2003 and attached to this disclosure. The report states Dr. Kessler's opinion that the automobile accident of July 2, 2002 did not cause the worsening of the plaintiff's HIV disease, instead there were other relevant factors that preceded the accident and were the cause of the

plaintiff's worsening condition.

                    Respectfully submitted,

                    RHETT LUCAS
                    By Counsel

LAW OFFICES OF CHRISTOPHER R. COSTABILE

/s/   Thomas E. Dempsey
Thomas E. Dempsey, Esquire
D.C. Bar No. 478712
10555 Main Street
Suite 400
Fairfax, Virginia  22030
(703) 273-2777
(703) 691-4288-Fax
Counsel for Defendant Liberty Mutual Insurance Company

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Liberty Mutual Insurance Company's Rule 26(a)(2) was e-filed this 5th day of January, 2006:

                    /s/ Thomas E. Dempsey
                    Thomas E. Dempsey