UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                          :
                                     :
            Plaintiff                :
                                     :      Case No. 1:05CV01079
v.                                   :      Judge Ellen Segal Huvelle (ESH)
                                     :
GEICO INSURANCE COMPANY, et al.      :
                                     :
            Defendants               :
_____

### DEFENDANT GEICO'S  SUPPLEMENTAL RULE 26(a)(2)

COMES NOW the defendant GEICO INSURANCE COMPANY, by and through

counsel, Martell, Donnelly, Grimaldi & Gallagher, and submits the following Supplemental

Rule 26(a)(2) Statement:

This defendant adopts and incorporates the Rule 26(a)(2) Disclosure filed on

behalf of co-defendant Liberty Mutual Insurance Company.

Respectfully submitted,

MARTELL, DONNELLY, GRIMALDI & GALLAGHER

/s/   David F. Grimaldi
David F. Grimaldi         #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant GEICO's Supplemental Rule 26(a)(2)  was e-filed this  9th   day of January, 2006.


/s/  David F. Grimaldi
David F. Grimaldi