UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RHETT LUCAS**, ) | |
| ) | |
| PLAINTIFF, ) | Case No.: 1:05-CV-01079 (JMF) |
| ) | Magistrate Judge John M. Facciola |
| vs. ) | Next Event:   Completion of Discvoery |
| ) | April 17, 2006 |
| **GEICO INSURANCE CO.,** *et al.,* ) | |
| ) | |
| DEFENDANTS. ) | |
| _____) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Comes now Plaintiff, by and through counsel, and moves for an extension of time to complete discovery. Defendants Geico and Liberty Mutual consent to Plaintiff's motion. Plaintiff respectfully refers the Court to the attached Memorandum of Points and Authorities in Support of this motion.

This the 1st day of February, 2006.

Respectfully Submitted,

_____/s/_____
Curtis C. Osborne, DC Bar # 467241
Law Offices of Curtis C. Osborne, P.C.
310 Arlington Ave., Suite 218
Charlotte, NC 28203
704/376-8012
704/376-4463 (fax)
Attorney for Plaintiff