UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RHETT LUCAS**, | ) | |
| | ) | |
| PLAINTIFF, | ) | Case No.: 1:05-CV-01079 (JMF) |
| | ) | Magistrate Judge John M. Facciola |
| vs. | ) | Next Event:  Completion of Discovery |
| | ) | April 17, 2006 |
| **GEICO INSURANCE CO.**, *et al.,* | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| _____ | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

Plaintiff, by and through undersigned counsel, hereby submits the following memorandum in support of Plaintiff's Consent Motion for Extension of Time to Complete Discovery.

1. Pursuant to the Scheduling Order in this case, Discovery is to be completed by April 17, 2006.

2. Plaintiff was forced to request a change of his previously scheduled deposition, which was properly noticed by Defendant Geico, after Plaintiff suffered a severe health related setback.

3. Plaintiff has been receiving inpatient care since he suffered, shortly before his scheduled deposition, what is believed to have been several Transic Ischemic Attacks. The attacks rendered Plaintiff unable to walk and he has been receiving and continues to receive speech therapy, physical therapy and occupational therapy to correct the setbacks caused by the TIAs.

4. Undersigned counsel agreed with opposing counsel, as a condition of the parties agreeing to reschedule Plaintiff's deposition, to file this motion for an extension to complete discovery.

5. Plaintiff requests a one month extension for the completion of discovery, until May 17, 2006.

6. Defendants consent to Plaintiff's motion.

7. Plaintiff suggests a change of dates of the following related matters:

   Dispositive motions or cross-motions deadline - June 1, 2006;

   Oppositions to dispositive or cross-motions deadline - July 1, 2006;

   Replies to Oppositions deadline - July 15, 2006;

8. Plaintiff suggests no change to the following deadlines:

   Pretrial Conference - July 25, 2006;

   Trial - August 14, 2006.

9. Plaintiff makes this motion for an extension of time prior to the deadline and as soon as he became aware of its necessity.

10. Plaintiff requests additional time for cause shown, as stated in this motion, not to delay these proceedings. *See* Fed.R.Civ.P. 6(b).

Respectfully Submitted,

_____/s/_____
Curtis C. Osborne, DC Bar # 467241
Law Offices of Curtis C. Osborne, P.C.
310 Arlington Ave., Suite 218
Charlotte, NC 28203
704/376-8012
704/376-4463 (fax)
Attorney for Plaintiff