**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RHETT LUCAS**, )<br>)<br>PLAINTIFF, )<br>)<br>vs. )<br>)<br>**GEICO INSURANCE CO.,** *et al.,* )<br>)<br>DEFENDANTS. )<br>_____ ) | Case No.: 1:05-CV-01079 (JMF)<br>Magistrate Judge John M. Facciola<br>Next Event:   Completion of Discovery<br>                    April 17, 2006 |

**ORDER**

This matter was considered by the undersigned U.S. Magistrate Judge upon Plaintiff's Consent Motion for an Extension of Time to Complete Discovery.  It appeared to the Judge upon the reasons stated in Plaintiff's consent motion that the motion should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time to Complete Discovery is **GRANTED**; and it is further

**ORDERED** that the deadline to complete discovery is May 17, 2005; and it is further

**ORDERED** that the dispositive motions or cross-motions deadline is June 1, 2006; and it is further

**ORDERED** that the deadline for oppositions to dispositive or cross-motions is July 1, 2006; and it is further

**ORDERED** that the deadline for  replies to oppositions to dispositive or cross-motions is July 15, 2006.

This the _____ day of February, 2006.                    _____
                                                                                  Honorable John M. Facciola
                                                                                  U.S. Magistrate Judge