UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RHETT LUCAS                     :
                                   :
         Plaintiff          :
                                   :   Case No. 1:05CV01079 (JMF)
v.                             :   Magistrate Judge John M. Facciola
                                 :
GEICO INSURANCE COMPANY, et al.  :   Next Event:  Pretrial Conference
                                 :    7/25/06 @ 10:00 a.m.
         Defendants      :   Trial:  8/14/06 @ 9:00 a.m.

---

### DEFENDANT GEICO'S  MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant herein, GEICO INSURANCE COMPANY, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to grant Summary Judgment to defendant GEICO Insurance Company and as reasons therefore refers the Court's attention to the Points & Authorities and attachments attached hereto and prayed to be read as a part hereof.

Counsel for co-defendant Liberty Mutual Insurance Company consents to the granting of this Motion and plaintiff's counsel represents that he will not oppose the granting of the Motion.  Other parties, Abdulaziz Mohd Yaacob and John Doe have not been served with process and are not parties to this litigation.

Respectfully submitted,

MARTELL, DONNELLY, GRIMALDI & GALLAGHER

/s/   David F. Grimaldi
David F. Grimaldi          #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant GEICO's Motion for Summary Judgment was e-filed this  15th    day of March, 2006.

/s/  David F. Grimaldi
David F. Grimaldi

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


RHETT LUCAS                          :
                                     :
            Plaintiff                :
                                     :        Case No. 1:05CV01079 (JMF)
v.                                   :        Magistrate Judge John M. Facciola
                                     :
GEICO INSURANCE COMPANY, et al.      :        Next Event:  Pretrial Conference
                                     :          7/25/06 @ 10:00 a.m.
            Defendants               :        Trial:  8/14/06 @ 9:00 a.m.
_____

### MEMORANDUM OF POINTS & AUTHORITIES

1.      Rule 56 of the Federal Rules of Civil Procedure.

2.      On July 2, 2002, an operator of a vehicle owned by Abdulaziz Yaacob, a Diplomat, was involved in two collisions in the vicinity of the 1100 block of 6th Street, N.E. near L Street, N.E. in the District of Columbia.   Two lawsuits for personal injuries resulted from the accidents and pursuant to Title 28 U.S.C. §1364 both suits named GEICO Insurance Company, the liability carrier for the diplomat Yaacob, as the party defendant. The first lawsuit, Civil Action 03-1466 (assigned to Magistrate Judge Deborah Robinson) involved plaintiff Dawn Wilson-Freeman and alleged that plaintiff was a pedestrian, and that she sought compensatory damages through third-party liability against GEICO or alternatively, uninsured motorist benefits through her own insurance carrier, State Farm Insurance Company.

3.      In the present case, involving a claim for personal injuries sustained on the

same date and arising out of the same consecutive incident, the plaintiff Rhett Lucas claims injuries and damages based upon the same factual allegations.  In the first litigation, and in this litigation, the defendant GEICO has defended based upon the defense allegation that the defendant Yaacob was out of the country at the time of the accident, had not given permission or authorization or consent to any individual to operate his vehicle, and that at the time of the accidents, the vehicle was operated by an unauthorized user, was a stolen vehicle, and therefore liability should not be found against this defendant.

The case of Dawn Wilson-Freeman, Civil Action 03-1466, went to a Bench Trial on March 2-3, 2005 before Magistrate Judge Deborah A. Robinson against GEICO as the only defendant.  The only issue for resolution in that case was the defense of unauthorized use and a full and fair Trial was presented.  In that case, the Court heard evidence and received documents from all persons having probative, credible evidence concerning the facts and circumstances of the accident, and attached hereto as Exhibit B is the Findings of Fact and Conclusions of Law submitted to the Court by counsel for defendant GEICO.    This submission summarizes the evidence, and constitutes a statement of material facts not in issue.

Attached hereto as Exhibit A is the Court's Finding of Fact and Conclusions of Law, and Judgment for GEICO, entered February 17, 2006 wherein the Court concluded that defendant had sufficiently rebutted the presumption of consent pursuant to the Motor Vehicle Safety Responsibility Act, D.C. Code annotated, Title 50-1301.08, and, accordingly, justified Judgment for the defendant.

It is respectfully submitted that the Court's decision in <u>Dawn Wilson-Freeman v. GEICO</u>, Civil Action No. 03-1466, is dispositive of the issue presented in this litigation. Counsel for co-defendant Liberty Mutual Insurance Company, the uninsured motorist carrier for plaintiff Rhett Lucas in the present litigation, consents to the granting of this Motion for Summary Judgment, and counsel for plaintiff Rhett Lucas has represented that the granting of the Motion for Summary Judgment will not be opposed.  Plaintiff has no evidence that would supplement the evidence presented in the prior litigation, and, accordingly, is bound by the determination of the issue, and cannot assert facts in issue.

Summary Judgment in the present action is appropriate at this time.  Plaintiff cannot dispute the testimony of the witnesses in the prior litigation, nor the exhibits presented in the prior litigation, as set forth in the proposed Findings of Fact and Conclusions of Law (Exhibit B) specifically, that the investigating police officers Coligan and Stancil responded to the accident scene, determined that the operator had fled, and further determined that the steering column/ignition component of the Yaacob vehicle was punched, the column broken, and the car abandoned at the scene with the door opening, the car running, no key present, with a screwdriver on the floor of the car.

In the present case there are no disputed factual issues.

Summary Judgment is appropriate.   <u>Studivant v, Seaboard Service System</u>, App.D.C. 1983), 459 A.2d 1058; <u>Sayan v. Riggs National Bank</u>, (App.D.C. 1988), 544 A.2d 267; <u>Doolin v. Environmental Power</u>, (App.D.C. 1976), 360 A.2d 493; <u>Birch v. Amsterdam Corporation</u>, (App.D.C.1976), 366 A.2d 1079; <u>Landow v. Georgetown Inland Corp.</u>, (App.D.C. 1982), 454 A.2d 1982; <u>Holland v. Hannan</u>, (App.D.C. 1983), 456 A.2d

807; <u>McBride v. Pizza Hut</u>,  (App.D.C. 1995), 658 A.2d 205; <u>Nader v. DeToledano</u>, (App.

D.C. 1979), 408 A.2d 31; <u>Sullivan v. Heritage Found</u>, (App.D.C. 1979), 399 A.2d 856);

<u>Lynch v. Meridian Hill Studios Apartments</u>, (App.D.C. 1985), 491 A.2d 515.

Respectfully submitted,

MARTELL, DONNELLY, GRIMALDI & GALLAGHER

<u>/s/   David F. Grimaldi</u>
David F. Grimaldi          #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                          :
                                     :
            Plaintiff                :
                                     :        Case No. 1:05CV01079 (JMF)
v.                                   :        Magistrate Judge John M. Facciola
                                     :
GEICO INSURANCE COMPANY, et al.  :            Next Event:  Pretrial Conference
                                     :          7/25/06 @ 10:00 a.m.
            Defendants               :        Trial:  8/14/06 @ 9:00 a.m.
_____

## O R D E R

    UPON CONSIDERATION of the Defendant GEICO's Motion for Summary
Judgment, and co-defendant Liberty Mutual's consent to the granting of the Motion, and
no opposition filed on behalf of plaintiff, it is by the Court this_____day
of_____, 2006:

    ORDERED:  That Defendant GEICO's Motion be and hereby is GRANTED and
Summary Judgment is entered in favor of the defendant GEICO Insurance Company.


_____
HONORABLE JOHN M. FACCIOLA
MAGISTRATE JUDGE

cc:     David F. Grimaldi, Esquire
        Martell, Donnelly, Grimaldi & Gallagher
        1900 L Street, N.W., Suite 401
        Washington, D.C. 20036

        Curtis C. Osborne, Esquire
        Law Offices of Curtis C. Osborne, P.C.
        310 Arlington Avenue, Suite 218
        Charlotte, North Carolina 28203

        Thomas E. Dempsey, Esquire
        The Law Office of Christopher R. Costabile
        10555 Main Street, Suite 400
        Fairfax, Virginia 22030