UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RHETT LUCAS                                :
                                           :
    Plaintiff                          :
                                           :
                                           :   Case No. 1:05CV01079  (JMF)
v.                                         :   Magistrate Judge John M. Facciola
                                           :
GEICO INSURANCE COMPANY, et al.            :   Next Event:  Jury Trial
                                           :    8/14/06 @ 9:30 a.m.
    Defendants                         :

### **PRAECIPE OF DISMISSAL**

THE CLERK OF THE COURT will please enter the above matter as dismissed.

Respectfully submitted,

LAW OFFICES OF CURTIS C. OSBORNE, P.C.


 /s/  Curtis C. Osborne
Curtis C. Osborne      #467241
310 Arlington Avenue, Suite 218
Charlotte, North Carolina 28203
(704) 376-8012
Counsel for plaintiff Rhett Lucas


MARTELL, DONNELLY, GRIMALDI & GALLAGHER


 /s/  David F. Grimaldi
David F. Grimaldi          #005306
1900 L Street, N. W., Suite 401
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant GEICO Insurance Company

        THE LAW OFFICE OF CHRISTOPHER R. COSTABILE

        __/s/  Thomas E. Dempsey_____
        Thomas E. Dempsey    #478712
        10555 Main Street, Suite 400
        Fairfax, Virginia 22030
        (703) 273-2777
        Counsel for defendant Liberty Mutual

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe of Dismissal  was e-filed this __12th__ day of_____May_____, 2006.

        __/s/  David F. Grimaldi_____
        David F. Grimaldi